**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| In re: PARFITT, ROBERT WILSON § | Case No. 09-74846 |
| PARFITT, KAREN ANN § | |
| § | |
| Debtor(s) § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

  Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>JAMES E. STEVENS</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

  United States Bankruptcy Court
  211 South Court Street
  Rockford, IL 61101

  Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 11/03/2010 in Courtroom 115, United States Courthouse, 211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

  Dated: <u>09/30/2010</u>    By: <u>/s/JAMES E. STEVENS</u>
                      Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**UST Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: PARFITT, ROBERT WILSON | § | Case No. 09-74846 |
| PARFITT, KAREN ANN | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 3,000.95 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 3,000.95 |

Claims of secured creditors will be paid as follows:

*Claimant*                                                                 *Proposed Payment*
                                     N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | JAMES E. STEVENS | $ 750.24 | $ |
| *Attorney for trustee* | Barrick, Switzer, Long, Balsley & Van Evera | $ 1,635.50 | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ 250.00 | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*                         *Fees*                    *Expenses*

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 40,620.66 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.9 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | Roundup Funding, LLC | $ 716.77 | $ 6.45 |
| 2 | PYOD LLC its successors and assigns as assignee of | $ 116.53 | $ 1.05 |
| 3 | TARGET NATIONAL BANK | $ 468.82 | $ 4.22 |
| 4 | Chase Bank USA, N.A. | $ 10,761.33 | $ 96.75 |
| 5 | Chase Bank USA, N.A. | $ 5,738.66 | $ 51.59 |
| 6 | Atlas Acquisitions LLC | $ 3,611.40 | $ 32.47 |
| 7 | Us Dept Of Education | $ 11,026.26 | $ 99.13 |
| 8 | Us Dept Of Education | $ 4,354.91 | $ 39.15 |
| 9 | Cary Grove Foot & Ankle Center | $ 540.26 | $ 4.86 |
| 10 | Capital Recovery III LLC As Assignee of GE Capital | $ 1,596.19 | $ 14.35 |
| 11 | Capital Recovery III LLC As Assignee of HSBC/Orcha | $ 727.16 | $ 6.54 |

**UST Form 101-7-NFR (9/1/2009)**

|  |  |  |  |
|---|---|---|---|
| 12 | CACH, LLC | $ 962.37 | $ 8.65 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                              Allowed Amt. of Claim    Proposed Payment*

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                              Allowed Amt. of Claim    Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By:  /s/JAMES E. STEVENS
                      Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3           User: cbachman              Page 1 of 3                  Date Rcvd: Oct 08, 2010
Case: 09-74846                 Form ID: pdf006             Total Noticed: 77

The following entities were noticed by first class mail on Oct 10, 2010.
db/jdb        +Robert Wilson Parfitt,   Karen Ann Parfitt,   62 Fairfield Lane,   Cary, IL 60013-1946
aty           +Erick J Bohlman,   Bohlman Law Offices, PC,   780 McArdle Dr., Unit F,
                Crystal Lake, IL 60014-8155
tr            +James E Stevens,   Barrick, Switzer, Long, Balsley & Van Ev,   6833 Stalter Drive,
                Rockford, IL 61108-2579
14667159      +Aams Llc,   4800 George Mills,   West Des Moine, IA 50265-5263
14667160      +Advocate Good Shepherd Hospital,   450 West Highway 22,   Barrington, IL 60010-1999
14667162      +Allied Intstate,   3000 Corporate Exchange Dr., 5th Fl,   Columbus, OH 43231-7723
14667163      +Amer Rec Sys,   8501 W Higgins Rd,   Chicago, IL 60631-2801
14667164      +America Medical Collect. Agency,   2269 S. Saw Mill River Road, Bldg 3,   Elmsford, NY 10523-3848
15199213      +Anaes Assoc of Crystal Valley,   4309 Medical Center Dr Ste A201,   McHenry, Il 60050-8411
14667165      +Anes. Assoc. of Crystal Valley,   4309 Medical Center Drive, Ste A201,   Mchenry, IL 60050-8411
14667166      +Arnold Scott Harris, PC,   222 Merchandise Mrt Plz, Suite 1932,   Chicago, IL 60654-1420
14667167      +Assetcare, Inc.,   5100 Peachtree Industrial Blvd.,   Norcross, GA 30071-5721
15183141      +CACH, LLC,   CACH/CACV of Co Square Two Fin,   4340 S. MONACO ST 2ND FLOOR,
                DENVER, CO 80237-3408
14667168      +Cach Llc,   Attention: Bankruptcy Department,   4340 South Monaco St. 2nd Floor,
                Denver, CO 80237-3408
15052144      +Capital Recovery III LLC As Assignee of GE Capital,   Care of Recovery Management Systems Corp,
                25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
15052145      +Capital Recovery III LLC As Assignee of HSBC/Orcha,   Care of Recovery Management Systems Corp,
                25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
14667170      +Cary Grove Foot & Ankle Center,   113 W Main Street,   Cary, IL 60013-2718
15199214      +Centegra Hospital - McHenry,   PO Box 1447,   Woodstock, Il 60098-1447
14667172      +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
14941411       Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
14667174      +Chase Manhattan Mortgage,   Attention: Research Dept. G7-PP,   3415 Vision Drive,
                Columbus, OH 43219-6009
14667175      +Codilis and Associates,   15W030 N. Frontage Road, Suite 100,   Willowbrook, IL 60527-6921
14667178      +Credit One Bank,   Po Box 98875,   Las Vegas, NV 89193-8875
14667180      +Crystal Lake Othopaedic Surgery,   750 E. Terra Cotta Avenue,   Crystal Lake, IL 60014-3621
14667181      +Culligan,   P.O. Box 5277,   Carol Stream, IL 60197-5277
14667182      +Dr. Arthur Eva Ostrowski Md,   800 Fox Glen, Suite 800,   Barrington, IL 60010-1860
14667183      +Dr. Patrick Connor MD,   c/o Provena Hlth, St. Joseph Hosptl,   77 N Airlite Street,
                Elgin, IL 60123-4912
14667184      +Ffcc-columbus Inc,   1550 Old Henderson Rd St,   Columbus, OH 43220-3626
14667191      +HSBC,   Hsbc Card Srvs Attn: Bankruptcy,   Po Box 5213,   Carol Stream, IL 60197-5213
14667193     ++HSBC BANK,   ATTN BANKRUPTCY DEPARTMENT,   PO BOX 5213,   CAROL STREAM IL 60197-5213
                (address filed with court: Hsbc/rs,   Attn: Bankruptcy,   Po Box 15522,   Wilmington, DE 19850)
14667194     ++HSBC BANK,   ATTN BANKRUPTCY DEPARTMENT,   PO BOX 5213,   CAROL STREAM IL 60197-5213
                (address filed with court: Hsbc/rs,   Hsbc Retail Services Attn: Bankruptcy,   Po Box 15522,
                Wilmington, DE 19850)
14667186      +Harris & Harris Ltd,   222 Merchandise Mart Plz,   Chicago, IL 60654-1103
14667188      +Harris & Harris, LTD,   222 Merchandise Mrt Plaza, Ste 1900,   Chicago, IL 60654-1421
14667190      +Hilco Rec,   5 Revere Dr Ste 510,   Northbrook, IL 60062-8007
14667192      +Hsbc Bank,   Attn: Bankruptcy,   Po Box 5253,   Carol Stream, IL 60197-5253
14667195       Illinois State Toll Highway Authori,   Violation Processing Center,   135 S. LaSalle, Dept. 8021,
                Chicago, IL 60674-8021
14667196      +Jb Robinson,   Attn: Bankruptcy,   Po Box 1799,   Akron, OH 44309-1799
14667199      +Law Offices of,   Arthur B. Adler & Associates, LTD,   25 East Washington Street,
                Chicago, IL 60602-1708
14667203      +MEA-SJ Care Centers,   Dept. 20-6010,   PO Box 5990,   Carol Stream, IL 60197-5990
14667206       MHS Physician Services,   PO Box 5081,   Janesville, WI 53547-5081
15199219       McHenry County Orthopedics,   420 N Rte 31,   Crystal Lake, Il 60012
14667202       McHenry Dental Specialists LLC,   8400 W Elm Street, Suite 210,   Mchenry, IL 60050
15199218      +McHenry Radiologists & Imaging,   PO Box 220,   McHenry, Il 60051-0220
14667204      +Medical Business Burea,   1460 Renaissance Dr,   Park Ridge, IL 60068-1331
14667207      +Michael D. Fine,   131 South Dearborn Street, Floor 5,   Chicago, IL 60603-5571
14667208       Moraine Emergency Physicians,   PO Box 8759,   Philadelphia, PA 19101-8759
14667212      +NCO - Medclr,   507 Prudential Rd,   Horsham, PA 19044-2308
14667214      +Nco Financial Systems,   507 Prudential Rd,   Horsham, PA 19044-2368
14925964      +PYOD LLC its successors and assigns as assignee of,   MHC Receivables, LLC,
                c/o Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
15199217      +Pinnacle Rehab Solutions,   1457 W Schaumburg Road,   Schaumburg, Il 60194-4051
14667216      +Premier Credit Corporation,   4245 Brockton Dr SE,   Suite B,   Kentwood, MI 49512-4047
14667217      +Provena Health, St. Joseph Hospital,   77 N Airlite Street,   Elgin, IL 60123-4998
14667219      +Quest Diagnostics,   1355 Mittel Boulevard,   Wood Dale, IL 60191-1024
14667221      +Sherman Hospital,   934 Center Street,   Elgin, IL 60120-2125
14667222      +Solberg & Kennedy Llc,   5320 N 16th St Ste 205,   Phoenix, AZ 85016-3242
15199216      +Suburban Endocrinology & Diabetes,   2101 S Arlington Hts Road,
                Arlington Heights, Il 60005-4185
14927955      +TARGET NATIONAL BANK,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
14667224      +Target,   Po Box 9475,   Minneapolis, MN 55440-9475
14667226      +Tri-County ER Physicians,   PO Box 369,   Barrington, IL 60011-0369
14667227      +Us Dept Of Education,   Direct Loan Servicing Center,   Po Box 5609,   Greenville, TX 75403-5609
14667229     ++WACHOVIA DEALER SERVICES INC,   BK DEPARTMENT,   PO BOX 19657,   IRVINE CA 92623-9657
                (address filed with court: Wfs Financial,   Wachovia Dealer Services,   Po Box 19657,
                Irvine, CA 92623)
14667228      +Weltman, Weinberg & Reis Co.,LPA,   180 North LaSalle, Suite 2400,   Chicago, IL 60601-2704
```

```
District/off: 0752-3          User: cbachman              Page 2 of 3                   Date Rcvd: Oct 08, 2010
Case: 09-74846                Form ID: pdf006             Total Noticed: 77

The following entities were noticed by electronic transmission (continued)

The following entities were noticed by electronic transmission on Oct 09, 2010.
14667158     +E-mail/Text: KM@ARCONCEPTSINC.COM                             A/r Concepts,    2320 Dean St,
              Saint Charles, IL 60175-1068
14998270     +E-mail/Text: bnc@atlasacq.com                               Atlas Acquisitions LLC,   294 Union St.,
              Hackensack, NJ 07601-4303
14667169     +E-mail/Text: jraichel@cms-collect.com                         Capital Management Services, LP,
              726 Exchange Street, Ste. 700,   Buffalo, NY 14210-1464
14667171     +E-mail/Text: CSINC@TDS.NET                           Certified Services Inc,   Po Box 177,
              Waukegan, IL 60079-0177
14667176     +E-mail/Text: resurgentbknotifications@resurgent.com                          Collection,
              Attn: Bankrutpcy Department,    Po Box 10587,    Greenville, SC 29603-0587
14667179     +E-mail/Text: Jboyd@creditorscollection.com                         Creditors Collection B,
              755 Almar Pkwy,    Bourbonnais, IL 60914-2392
14667185     +E-mail/PDF: gecsedi@recoverycorp.com Oct 09 2010 07:57:11     GE Money Bank,
              Attention:   Bankruptcy,    Po Box 103106,   Roswell, GA 30076-9106
15199215     +E-mail/Text: bankruptcy@hraccounts.com                         HR Accounts Inc,
              7017 John Deere Pky,   Moline, Il 61265-8072
14667189     +E-mail/Text: bkynotice@harvardcollect.com
              Harvard Collection Services, Inc.,    4839 N. Elston Ave.,    Chicago, IL 60630-2589
14667197     +E-mail/PDF: gecsedi@recoverycorp.com Oct 09 2010 08:07:40     Jc Penney,
              Ge Money/Attn: Bankruptcy Dept,    4125 Windward Plaza, Building 300,   Alpharetta, GA 30005-8738
14667198     +E-mail/Text: bankruptcy@keyfinancial.us                         Keyfinserv,    5315 Wall Street,
              Madison, WI 53718-7937
14667200     +E-mail/Text: resurgentbknotifications@resurgent.com                         Lvnv Funding Llc,
              Po Box 740281,    Houston, TX 77274-0281
14667205     +E-mail/Text: bkr@cardworks.com                      Merrick Bank,   Po Box 5000,
              Draper, UT 84020-5000
14894010      E-mail/PDF: BNCEmails@blinellc.com Oct 09 2010 09:46:51     Roundup Funding, LLC,   MS 550,
              PO Box 91121,   Seattle, WA 98111-9221
14667223     +E-mail/Text: ebnsterling@weltman.com                          Sterling Jewelers Inc.,
              375 Ghent Road,    Akron, OH 44333-4600
                                                                                              TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,   6833 Stalter Drive,
              Rockford, Il 61108-2579
14667161*    +Advocate Good Shepherd Hospital,    450 West Highway 22,   Barrington, IL 60010-1999
14999725*    +Atlas Acquisitions LLC,    294 Union Street,   Hackensack, NJ 07601-4303
14667173*    +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
14667177*    +Collection,    Attn: Bankrutpcy Department,    Po Box 10587,   Greenville, SC 29603-0587
14667187*    +Harris & Harris Ltd,    222 Merchandise Mart Plz,   Chicago, IL 60654-1103
14667201*    +Lvnv Funding Llc,    Po Box 740281,   Houston, TX 77274-0281
14667209*     Moraine Emergency Physicians,    PO Box 8759,   Philadelphia, PA 19101-8759
14667210*     Moraine Emergency Physicians,    PO Box 8759,   Philadelphia, PA 19101-8759
14667211*     Moraine Emergency Physicians,    PO Box 8759,   Philadelphia, PA 19101-8759
14667213*    +NCO - Medclr,    507 Prudential Rd,   Horsham, PA 19044-2308
14667215*    +NCO Financial Systems Inc.,    507 Prudential Road,   Horsham, PA 19044-2368
14667218*    +Provena Health, St. Joseph Hospital,    77 N Airlite Street,   Elgin, IL 60123-4998
14667220*    +Quest Diagnostics,    1355 Mittel Boulevard,   Wood Dale, IL 60191-1024
14667225   ##+Trg Account Services,    592 N Mill St,   Plymouth, MI 48170-1420
                                                                                              TOTALS: 0, * 14, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-3           User: cbachman            Page 3 of 3                Date Rcvd: Oct 08, 2010
Case: 09-74846                 Form ID: pdf006           Total Noticed: 77

                ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 10, 2010**                    **Signature:**    *Joseph Speetjens*