# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: PARFITT, ROBERT WILSON | § | Case No. 09-74846 |
| PARFITT, KAREN ANN | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $193,784.00 *(without deducting any secured claims)* | Assets Exempt: $37,160.00 |
| Total Distribution to Claimants: $365.21 | Claims Discharged Without Payment: $60,743.53 |
| Total Expenses of Administration: $2,635.74 | |

3) Total gross receipts of $ 3,000.95 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $3,000.95 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $269,158.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 250.00 | 2,385.74 | 2,635.74 | 2,635.74 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (fromExhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (fromExhibit 7) | 57,135.08 | 40,620.66 | 40,620.66 | 365.21 |
| **TOTAL DISBURSEMENTS** | $326,543.08 | $43,006.40 | $43,256.40 | $3,000.95 |

4) This case was originally filed under Chapter 7 on October 30, 2009. The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/21/2010       By: /s/JAMES E. STEVENS
                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Debra Szafranowicz - preference payments | 1241-000 | 3,000.00 |
| Interest Income | 1270-000 | 0.95 |
| **TOTAL GROSS RECEIPTS** | | **$3,000.95** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Chase Manhattan Mortgage | 4110-000 | 231,332.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc/rs | 4110-000 | 31,379.00 | N/A | N/A | 0.00 |
| NOTFILED | Wfs Financial Wachovia Dealer Services | 4110-000 | 6,447.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$269,158.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 750.24 | 750.24 | 750.24 |
| U.S. Bankruptcy Clerk | 2700-000 | N/A | 0.00 | 250.00 | 250.00 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 1,635.50 | 1,635.50 | 1,635.50 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 2,385.74 | 2,635.74 | 2,635.74 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Roundup Funding, LLC | 7100-000 | 716.00 | 716.77 | 716.77 | 6.45 |
| 2 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 116.53 | 116.53 | 1.05 |
| 3 | TARGET NATIONAL BANK | 7100-000 | 468.00 | 468.82 | 468.82 | 4.22 |
| 4 | Chase Bank USA, N.A. | 7100-000 | 10,761.00 | 10,761.33 | 10,761.33 | 96.75 |
| 5 | Chase Bank USA, N.A. | 7100-000 | 5,738.00 | 5,738.66 | 5,738.66 | 51.59 |
| 6 | Atlas Acquisitions LLC | 7100-000 | 3,611.00 | 3,611.40 | 3,611.40 | 32.47 |
| 7 | Us Dept Of Education | 7100-000 | 10,200.00 | 11,026.26 | 11,026.26 | 99.13 |
| 8 | Us Dept Of Education | 7100-000 | N/A | 4,354.91 | 4,354.91 | 39.15 |
| 9 | Cary Grove Foot & Ankle Center | 7100-000 | 540.00 | 540.26 | 540.26 | 4.86 |
| 10 | Capital Recovery III LLC As Assignee of GE Capital | 7100-000 | 3,127.00 | 1,596.19 | 1,596.19 | 14.35 |
| 11 | Capital Recovery III LLC As Assignee of HSBC/Orcha | 7100-000 | 1,486.00 | 727.16 | 727.16 | 6.54 |
| 12 | CACH, LLC | 7100-000 | N/A | 962.37 | 962.37 | 8.65 |
| NOTFILED | McHenry Dental Specialists LLC | 7100-000 | 286.00 | N/A | N/A | 0.00 |
| NOTFILED | Medical Business Burea | 7100-000 | 443.00 | N/A | N/A | 0.00 |
| NOTFILED | Illinois State Toll Highway Authori Violation Processing | 7100-000 | 354.00 | N/A | N/A | 0.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Keyfinserv | 7100-000 | 324.00 | N/A | N/A | 0.00 |
| NOTFILED | Jb Robinson | 7100-000 | 1,032.00 | N/A | N/A | 0.00 |
| NOTFILED | MEA-SJ Care Centers | 7100-000 | 83.00 | N/A | N/A | 0.00 |
| NOTFILED | Merrick Bank | 7100-000 | 1,452.00 | N/A | N/A | 0.00 |
| NOTFILED | Solberg & Kennedy Llc | 7100-000 | 913.00 | N/A | N/A | 0.00 |
| NOTFILED | Quest Diagnostics | 7100-000 | 276.00 | N/A | N/A | 0.00 |
| NOTFILED | Sterling Jewelers Inc. | 7100-000 | 1,033.00 | N/A | N/A | 0.00 |
| NOTFILED | Quest Diagnostics | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Trg Account Services | 7100-000 | 153.00 | N/A | N/A | 0.00 |
| NOTFILED | Premier Credit Corporation | 7100-000 | 561.08 | N/A | N/A | 0.00 |
| NOTFILED | Provena Health, St. Joseph Hospital | 7100-000 | 213.00 | N/A | N/A | 0.00 |
| NOTFILED | NCO - Medclr | 7100-000 | 68.00 | N/A | N/A | 0.00 |
| NOTFILED | Moraine Emergency Physicians | 7100-000 | 380.00 | N/A | N/A | 0.00 |
| NOTFILED | NCO - Medclr | 7100-000 | 42.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc/rs Hsbc Retail Services Attn: Bankruptcy | 7100-000 | 9,800.00 | N/A | N/A | 0.00 |
| NOTFILED | Nco Financial Systems | 7100-000 | 68.00 | N/A | N/A | 0.00 |
| NOTFILED | Creditors Collection B | 7100-000 | 459.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit One Bank | 7100-000 | 40.00 | N/A | N/A | 0.00 |
| NOTFILED | Hilco Rec | 7100-000 | 717.00 | N/A | N/A | 0.00 |
| NOTFILED | Harris & Harris Ltd | 7100-000 | 138.00 | N/A | N/A | 0.00 |
| NOTFILED | Certified Services Inc | 7100-000 | 162.00 | N/A | N/A | 0.00 |
| NOTFILED | Amer Rec Sys | 7100-000 | 366.00 | N/A | N/A | 0.00 |
| NOTFILED | Advocate Good Shepherd Hospital | 7100-000 | 133.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc Bank | 7100-000 | 992.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 57,135.08 | 40,620.66 | 40,620.66 | 365.21 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 09-74846
**Case Name:** PARFITT, ROBERT WILSON
PARFITT, KAREN ANN
**Period Ending:** 12/21/10

**Trustee:** (330420) JAMES E. STEVENS
**Filed (f) or Converted (c):** 10/30/09 (f)
**§341(a) Meeting Date:** 12/09/09
**Claims Bar Date:** 03/24/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 62 Fairfield Lane | 175,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash with debtors | 200.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking account ending with 9007, Charter One B | 500.00 | 0.00 | DA | 0.00 | FA |
| 4 | Checking account ending with 9119, Charter One B | 50.00 | 0.00 | DA | 0.00 | FA |
| 5 | Misc. household goods with debtors | 1,450.00 | 0.00 | DA | 0.00 | FA |
| 6 | Misc. books and CD's with debtors | 100.00 | 0.00 | DA | 0.00 | FA |
| 7 | Misc. clothes with debtors | 300.00 | 0.00 | DA | 0.00 | FA |
| 8 | Misc. jewelry with debtors | 400.00 | 0.00 | DA | 0.00 | FA |
| 9 | Misc. hobby and sports equipment with debtors | 100.00 | 0.00 | DA | 0.00 | FA |
| 10 | Whole life with Farmers Insurance Group, Los Ang | 320.00 | 0.00 | DA | 0.00 | FA |
| 11 | Whole life insurance with Farmers Insurance Grou | 349.00 | 0.00 | DA | 0.00 | FA |
| 12 | Term-life insurance with AARP | 0.00 | 0.00 | DA | 0.00 | FA |
| 13 | Term-life insurance with Stonebridge | 0.00 | 0.00 | DA | 0.00 | FA |
| 14 | Term-life insurance with Stonebridge | 0.00 | 0.00 | DA | 0.00 | FA |
| 15 | 401(k) through employer Fred Meyers Jewelers, Du | Unknown | 0.00 | DA | 0.00 | FA |
| 16 | 2005 Chrysler PT Cruiser with 45,000 miles | 4,655.00 | 0.00 | DA | 0.00 | FA |
| 17 | 2001 Buick Century with 62,000 miles | 3,190.00 | 0.00 | DA | 0.00 | FA |
| 18 | 1996 Oldsmobile Achieva with 103,000 miles | 770.00 | 0.00 | DA | 0.00 | FA |
| 19 | Debra Szafranowicz - preference payments (u) (See Footnote) | 6,400.00 | 6,400.00 | DA | 3,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.95 | FA |
| 20 | Assets Totals (Excluding unknown values) | $193,784.00 | $6,400.00 | | $3,000.95 | $0.00 |

RE PROP# 19    ORDER ENTERED 3/29/2010 COMPROMISING A CONTROVERSY AND SETTLING FOR $3,000.00

**Major Activities Affecting Case Closing:**

Printed: 12/21/2010 11:07 AM    V.12.54

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 09-74846 | **Trustee:** (330420) JAMES E. STEVENS |
| **Case Name:** PARFITT, ROBERT WILSON | **Filed (f) or Converted (c):** 10/30/09 (f) |
| PARFITT, KAREN ANN | **§341(a) Meeting Date:** 12/09/09 |
| **Period Ending:** 12/21/10 | **Claims Bar Date:** 03/24/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Initial Projected Date Of Final Report (TFR):** August 31, 2010    **Current Projected Date Of Final Report (TFR):** September 15, 2010 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 09-74846 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | PARFITT, ROBERT WILSON | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | PARFITT, KAREN ANN | | Account: | \*\*\*-\*\*\*\*\*66-65 - Money Market Account |
| Taxpayer ID #: | \*\*-\*\*\*6554 | | Blanket Bond: | $166,000.00  (per case limit) |
| Period Ending: | 12/21/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/10/10 | {19} | Debra Szafranowicz | payment on preference | 1241-000 | 1,000.00 | | 1,000.00 |
| 03/10/10 | {19} | Debra Szafranowicz | payment on preference | 1241-000 | 1,000.00 | | 2,000.00 |
| 03/10/10 | {19} | Debra Szafranowicz | payment on preference | 1241-000 | 1,000.00 | | 3,000.00 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.08 | | 3,000.08 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.02 | | 3,000.10 |
| 04/06/10 | | Wire out to BNYM account 9200\*\*\*\*\*\*6665 | Wire out to BNYM account 9200\*\*\*\*\*\*6665 | 9999-000 | -3,000.10 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | -3,000.10 | 0.00 | |
| | | | **Subtotal** | | 3,000.10 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$3,000.10** | **$0.00** | |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 09-74846 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | PARFITT, ROBERT WILSON | | Bank Name: | The Bank of New York Mellon |
| | PARFITT, KAREN ANN | | Account: | 9200-******66-65 - Money Market Account |
| Taxpayer ID #: | **-***6554 | | Blanket Bond: | $166,000.00 (per case limit) |
| Period Ending: | 12/21/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account *******6665 | Wire in from JPMorgan Chase Bank, N.A. account *******6665 | 9999-000 | 3,000.10 | | 3,000.10 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.14 | | 3,000.24 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.18 | | 3,000.42 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.17 | | 3,000.59 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.18 | | 3,000.77 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.17 | | 3,000.94 |
| 09/15/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.01 | | 3,000.95 |
| 09/15/10 | | To Account #9200******6666 | transfer to close money market account | 9999-000 | | 3,000.95 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 3,000.95 | 3,000.95 | $0.00 |
| | | | Less: Bank Transfers | | 3,000.10 | 3,000.95 | |
| | | | **Subtotal** | | 0.85 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.85** | **$0.00** | |

{} Asset reference(s)                                                                                                              Printed: 12/21/2010 11:07 AM    V.12.54

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 09-74846 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | PARFITT, ROBERT WILSON | | Bank Name: | The Bank of New York Mellon |
| | PARFITT, KAREN ANN | | Account: | 9200-******66-66 - Checking Account |
| Taxpayer ID #: | **-***6554 | | Blanket Bond: | $166,000.00 (per case limit) |
| Period Ending: | 12/21/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/15/10 | | From Account #9200******6665 | transfer to close money market account | 9999-000 | 3,000.95 | | 3,000.95 |
| 11/03/10 | 101 | U.S. Bankruptcy Clerk | Dividend paid 100.00% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 250.00 | 2,750.95 |
| 11/03/10 | 102 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $1,635.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,635.50 | 1,115.45 |
| 11/03/10 | 103 | JAMES E. STEVENS | Dividend paid 100.00% on $750.24, Trustee Compensation; Reference: | 2100-000 | | 750.24 | 365.21 |
| 11/03/10 | 104 | Roundup Funding, LLC | Dividend paid 0.89% on $716.77; Claim# 1; Filed: $716.77; Reference: | 7100-000 | | 6.45 | 358.76 |
| 11/03/10 | 105 | Atlas Acquisitions LLC | Dividend paid 0.89% on $3,611.40; Claim# 6; Filed: $3,611.40; Reference: | 7100-000 | | 32.47 | 326.29 |
| 11/03/10 | 106 | Capital Recovery III LLC As Assignee of GE Capital | Dividend paid 0.89% on $1,596.19; Claim# 10; Filed: $1,596.19; Reference: | 7100-000 | | 14.35 | 311.94 |
| 11/03/10 | 107 | Capital Recovery III LLC As Assignee of HSBC/Orcha | Dividend paid 0.89% on $727.16; Claim# 11; Filed: $727.16; Reference: | 7100-000 | | 6.54 | 305.40 |
| 11/03/10 | 108 | CACH, LLC | Dividend paid 0.89% on $962.37; Claim# 12; Filed: $962.37; Reference: | 7100-000 | | 8.65 | 296.75 |
| 11/03/10 | 109 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | | | 10.13 | 286.62 |
| | | | Dividend paid 0.89% on 1.05 $116.53; Claim# 2; Filed: $116.53 | 7100-000 | | | 286.62 |
| | | | Dividend paid 0.89% on 4.22 $468.82; Claim# 3; Filed: $468.82 | 7100-000 | | | 286.62 |
| | | | Dividend paid 0.89% on 4.86 $540.26; Claim# 9; Filed: $540.26 | 7100-000 | | | 286.62 |
| 11/03/10 | 110 | Chase Bank USA, N.A. | Combined Check for Claims#4,5 | | | 148.34 | 138.28 |
| | | | Dividend paid 0.89% on 96.75 $10,761.33; Claim# 4; Filed: $10,761.33 | 7100-000 | | | 138.28 |
| | | | Dividend paid 0.89% on 51.59 $5,738.66; Claim# 5; Filed: $5,738.66 | 7100-000 | | | 138.28 |
| 11/03/10 | 111 | Us Dept Of Education | Combined Check for Claims#7,8 | | | 138.28 | 0.00 |
| | | | Dividend paid 0.89% on 99.13 $11,026.26; Claim# 7; Filed: $11,026.26 | 7100-000 | | | 0.00 |
| | | | Dividend paid 0.89% on 39.15 | 7100-000 | | | 0.00 |

Subtotals: $3,000.95 $3,000.95

{} Asset reference(s)    Printed: 12/21/2010 11:07 AM   V.12.54

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 09-74846 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | PARFITT, ROBERT WILSON | | Bank Name: | The Bank of New York Mellon |
| | PARFITT, KAREN ANN | | Account: | 9200-******66-66 - Checking Account |
| Taxpayer ID #: | **-***6554 | | Blanket Bond: | $166,000.00  (per case limit) |
| Period Ending: | 12/21/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | $4,354.91;  Claim# 8;<br>Filed: $4,354.91 | | | | |
| | | | ACCOUNT TOTALS | | 3,000.95 | 3,000.95 | $0.00 |
| | | | Less: Bank Transfers | | 3,000.95 | 0.00 | |
| | | | Subtotal | | 0.00 | 3,000.95 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $3,000.95 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # ***-*****66-65 | 3,000.10 | 0.00 | 0.00 |
| MMA # 9200-******66-65 | 0.85 | 0.00 | 0.00 |
| Checking # 9200-******66-66 | 0.00 | 3,000.95 | 0.00 |
| | $3,000.95 | $3,000.95 | $0.00 |

{} Asset reference(s)

Printed: 12/21/2010 11:07 AM    V.12.54